(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**22-1298-**

Lottoria Brown
~~God Child Esoteric Entertainment~~ and Ministries
~~Lottoria Nicole Nicki Brown~~

*(In the space above enter the full name(s) of the plaintiff(s).)*

Civ. Action No. 22-618
(To be assigned by Clerk's Office)

-against-

Google.com
Apple.com
Sony Music & Entertainment
Marvel Studios

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

2022 OCT -3 PM 12: 52

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Brown, Lottoria Nicole
Name (Last, First, MI)

2512 West 4th Street Apt. 2
Street Address

(New Castle) Wilmington, DE 19805
County, City                State        Zip Code

404-825-8727          lottoria.b@gmail.com
Telephone Number       E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Google, Google maps, Google Hangouts
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

Defendant 2: Apple.com
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: **Sony Entertainment**
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

Defendant 4: **Marvel**
Name (Last, First)

_____
Street Address

_____
County, City        State        Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Invasion of Privacy / Exploitation
Conspiracy / Defamation of Character
Corporate Invasion / Illegal tracking
Human Trafficking / Hendering privacy
Cyber crime / Hendering personal
Organized terrorism / conversations
Human trafficking
Organized stalking

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

The Plaintiff "Lottoria" "Nicole" "Nicki Brown" is a Resident of the State of Delaware. All defendants businesses "base" or "corporate office" are based in other states or countries

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington, DE - & The State of Georgia, and the entire east coast, California,

Date(s) of occurrence: 4/2019 to current date

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

### FACTS:

What happened to you?

"Google" - workers for this company tracked my conversation with my suposed future husband/lover through our online relationship and conversations. Mostly in the "hangouts application" or "Google Chats application". Hacked conversation asking for money. Followed me everywhere I go. Food places. Work. Recreation. Everywhere. All to stop or have a part in my relationship. Put all my former addresses online. Exposed me to danger. Led me to war zones. Put my entire life at risk.

(Del. Rev. 11/14) Pro Se General Complaint Form

Did everything to stop us from being together. All because of jealousy and there favor for others. Or just to be nosey and thought It was funny not knowing I was taking notes the whole time and I studied Cyber Law.

Sony Entertainment. Took all my life actions and what I do in reality and made my future partner "Whether it be or not" But It was planned by us. And made him do what I do all my life and mock me while keeping us apart.

Phone hacking. Life tracking stalking. Stealing accounts. Stealing Ideas from my real life and using him "Tyrese Gibson" to put it on T.V. and Radio and made it seem as if he "Tyrese Darreel Gibson was getting ideas himself or they where coming up with them.

"Basically wee going to do whatever "LoHoria" likes and pay you for it and keep her poor just to make money of you both.

Was anyone else involved?

Page 5 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

We are going to use "Tyrese" to keep "Lottoria" in love so we can get amass profit off them both. We are going to look into her life and pay him to live it out. Because of there race and they are too smart/ or intellegent together. Plus they are "Black".

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Emotional Trauma - punitive -
Loss of Funds - punitive -
Purposly Inflicting emotional harm - punitive
Endangering the life of a Civillian
Re routing
Money Laundering
Loss of Fund
Loss of Income
Account Theft

## VI. RELIEF

The relief I want the court to order is:

- ☑ Money damages in the amount of: $ _____

- ☐ Other (explain):


## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

9/30/2022
Dated

[Signature]
Plaintiff's Signature

Brown, Lottona N.
Printed Name (Last, First, MI)

2512 W. 4th St Apt. 2    Wimington    DE    19805
Address                  City          State  Zip Code

302-647-0209
Telephone Number

lottoricb@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**