IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOTTORIA N. BROWN. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1298 (MN) |
| ) | |
| GOOGLE.COM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington, this 1st day of November 2022,

On October 6, 2022, this Court entered an order requiring Plaintiff to submit a long form (AO Form 239) application to proceed *in forma pauperis* or pay the filing fee in full within twenty-one days from the date of the order or the case would be dismissed. (D.I. 3).

To date, Plaintiff has not complied with the October 6, 2022 order.

THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE the case.

The Honorable Maryellen Noreika
United States District Judge