IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOTTORIA N. BROWN. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1298 (MN) |
| | ) |
| GOOGLE.COM, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 10th day of April, 2024, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Amendment is futile.

2. The Clerk of Court is directed to mark this case **CLOSED**.

The Honorable Maryellen Noreika
United States District Judge